**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 5 MM 2022

Respondent          :

v.          :

ABRAHAM CRUZ, JR.,          :

Petitioner          :

## ORDER

**PER CURIAM**

     **AND NOW**, this 5th day of May, 2022, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.